THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Brenda Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00102-JCM-VCM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRETRIAL MOTIONS** |
| SPAR BILICKI ET AL, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Spar Bilicki, and Maysoun Fletcher, counsel for Brenda Contreras, that the parties herein shall have to and including November 8, 2021, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including November 22, 2021, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including November 29, 2021, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsels for the defendants need additional time to review discovery, conduct investigation in this case, and prepare for trial.

2. Defendant Spar Bilicki is incarcerated and does not object to this continuance. Defendant Brenda Contreras is out of custody and does not object to the continuance.

3. The Parties agree to this continuance.

4. The additional time requested herein is not sought for purposes of delay, but rather to allow counsel for the defendants' sufficient time to complete investigation.

5. The parties further agree that the circumstances presented above are factors for delay under Section 3161(h)(7)(B)(i) through (iv), and that all delay resulting from any continuance granted pursuant to this Stipulation is excluded from the computation of time by which trial must commence under the statute of limitations by virtue of Title 18, United States Code, Section 3161 (h)(7)(A), the ends of justice outweighing the interests of the public and the defendant in a speedy trial when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

6. This is the Third request for continuance.

DATED this 19th day of October, 2021.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER CHIOU<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney | */s/ Raquel Lazo*<br>RAQUEL LAZO<br>Counsel for Spar Bilicki |
| | */s/ Maysoun Fletcher*<br>MAYSOUN FLETCHER<br>Counsel for Brenda Contreras |

1  THE FLETCHER FIRM, P.C.
   MAYSOUN FLETCHER, ESQ.
2  Nevada Bar No. 10041
   5510 S. Fort Apache Road
3  Las Vegas, Nevada  89148
   Telephone:  (702) 835-1542
4  Facsimile:  (702) 835-1559
   maf@fletcherfirmlaw.com
5  Counsel for Brenda Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>SPAR BILICKI ET AL,<br><br>           Defendant. | Case No. 2:21-cr-00102-JCM-VCM<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsels for the defendants need additional time to review discovery, conduct investigation in this case, and to prepare for trial.

2. Defendant Spar Bilicki is incarcerated and does not object to this continuance.  Defendant Brenda Contreras is out of custody and does not object to the continuance.

3. The Parties agree to this continuance.

4. The additional time requested herein is not sought for purposes of delay, but rather to allow counsel for the defendants' sufficient time to complete investigation.

5. The parties further agree that the circumstances presented above are factors for delay under Section 3161(h)(7)(B)(i) through (iv), and that all delay resulting from any continuance granted pursuant to this Stipulation is excluded from the computation of time by which trial must

3

commence under the statute of limitations by virtue of Title 18, United States Code, Section 3161 (h)(7)(A), the ends of justice outweighing the interests of the public and the defendant in a speedy trial when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

## **CONCLUSIONS OF LAW**

For all of the above-stated facts, the Court finds that the ends of justice outweigh the interests of the public and the defendant in a speedy trial when considering the factors under 18 U.S.C. §3161(h)(7)(B)(i) and (iv) since the failure to grant said continuance would likely result in a miscarriage of justice.  As a result, any and all delay resulting from the date of entry of this Order until the date set for trial below, is excludable from the computation of time by which trial must commence under the Speedy Trial Act by virtue of 18 U.S.C. §3161(h)(7)(A).

## **ORDER**

IT IS HEREBY ORDERED that the parties herein shall have to and including November 8, 2021, to file any and all pretrial motions and notices of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including November 22, 2021, to file any and all responsive pleadings.

IT IS FURTHER ORDERED that the parties herein shall have to and including November 28, 2021, to file any and all replies to dispositive motions.

Dated October 22, 2021.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE