# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

BRENDA CONTRERAS,

        Defendant(s).

2:21-cr-00102-JCM-VCF

**ORDER**

    Before me is Brenda Contreras' motion to suppress statements (ECF No. 103) and motion to suppress evidence unlawfully seized from motel room (ECF No. 104).

    Accordingly,

    I ORDER that an evidentiary hearing on Brenda Contreras' motion to suppress statements (ECF No. 103) and motion to suppress evidence unlawfully seized from motel room (ECF No. 104), is scheduled for 10:00 AM, May 6, 2022, in Courtroom 3D.

    DATED this 25th day of March 2022.

                                                _____
                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE